**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Edgardo Castillo JIUILLEN, a.k.a.**
**Edgardo Castillo, Defendant–**
**Appellant.**

No. 03–10173.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 12, 2003.

Carin Duryee, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Mathew McGuire, Patagonia, AZ, for Defendant–Appellant.

Before GOODWIN, WALLACE and MCKEOWN, Circuit Judges.

## MEMORANDUM **

Edgardo Castillo Jiuillen appeals the judgment imposing a 41–month sentence pursuant to his guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Castillo Jiuillen has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Castillo Jiuillen has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.